Writ of Affidavit  *PX 25CV1717

For the Record    All Rights Reserved

USDC - GREENBELT
'25 MAY 30 PM 12:45

I, Supreme El propria persona
ex rel. Carl H. Weeks-El sui juris
Moorish American National on my Ancestral Estate,
Which is wrongfully being called The UNITED STATES.
The UNITED STATES is and has always been
a private for profit Services Company and Not The
Land. I am The IN FULL LIFE man. I am Not
The 14th Amendment Corpse CHATTEL Strawman.
I am aware of The National debt that is of
The U.S. Company and being placed on The
backs of peoples of The Land. From 1913 up to
and After 1933 with The Emergency Banking Act,
Gold, Silver and The Labor of The people of The
Land has been Hypothecated To The Board of
Governors of The Federal Reserve. The U.S. Company
is and has been bankrupt. The Organic States of
The Republic is De Jure as The U.S. Democracy
is De Facto. Please see H.J.R. 192, Article IV sec. 4.
I am writing This Writ With Free and Clean Hands
and making a Claim of right to be heard. Please see
Writ of Discovery. I have a Constitutional Arguement of
Fraud And Misrepresentation acted against ME.

ps 1

I am In Honor and good Faith respectfully demanding that All acting agents who claim To represents Any person In possession of my promissory Notes "Original" ones be produced for The record, No Certified Copies. I have found out Through research That The banks/Unions did NOT Loan me The (awful) money and or The proper "Consideration," something of Value exchanged between The parties To a Contract. The banks/Unions Used The Signatures on The Notes As Credit, Securitized Them and Sold Them which is non disclosure/fraud. Furthermore Canon Law 1752 STATES "Fraud is THE False representation of form To obtain an unjust advantage or To injure The rights of another. Also, the Maxim law 29E Deceit Fraud States "The fraud of a predecessor does not prejudices his successor. Blacks 2d. 387 Bouv. 124. Any Instrument Sold To another and That Entity ask for payment for That Instrument knowing it To be false/Fraudulent, Shall have No Standing. Canon Law 1755 No right of Action Can have its origin in Fraud. No action May arise out of a fraudulent Consideration. Codes To back my Claims 18 USC 1341, 12 USC 411, UCC rule for Consideration 3-303. UCC-3-104 I am making a Lawful Claim.                              pg 2

With due respect and honor,
I have a lawful and valid Claim(s). My
Writ must not go unanswered.
To all agents for: U.S. Bank - Samuel White
                    MECU Union - Debra Powell    agents
        Defendant Goodleap -
                    Mariner Finance - Judy Cross
Claim and Remedy Sought, Please SEE "Reversioner" pg.
I do not abandon Any of my rights or property.
I Am The DeJure Creditor.
              Supreme El proplia persona
        By: Carl H. Weeks-El Sui juris
        This day May 29, 2026


                        Seal


28 U.S.C  453 = Oath of Judge.
Other Maxim of Law
See pages marked 31, 32" Highlighted "29e, 29g, 29L, 29r.



    5210 Livsiett st        Exempt.
    Oxon Hill, Maryland (20745)