# UNIFIED MAINE COMMON LAW GRAND JURY

David Robinson, 3 Linnell Circle, Brunswick, Maine 04011 Phone
207-798-4695 • Email: drobin88@comcast.net

## LEX NATURALES DEI GRATIA

• ANDROSCOGIN • AROOSTOOK • CUMBERLAND • FRANKLIN • HANCOCK •
KENNEBEC • KNOX•• LINCOLN • OXFORD • PENOBSCOT • PISCATAQUIS • SAGADAHOC • SOMERSET •
WALDO •
• WASHINGTON • YORK •

*Psa. 89:14  "Justice and judgment are the habitation of thy throne : mercy and truth shall go before thy face."*

---

# CIVIL ORDERS
## JULY 4, 2014

**Issued to All Members of the Domestic Police Forces, US Marshals Service, the Provost Marshal, Members of the American Bar Association and the American Armed Services.**

These organic American states of the Union known as The United States of America (major) exercising plenary civil power upon the land hereby appoint General Carter F. Ham to lead and command The Grand Army of the Republic (GAR) and its successors under the guidance of the Joint Chiefs of Staff and with their full support.

Should it become necessary to suppress commercial mercenary forces operating under the guise of being federal government agencies including but not limited to the Department of Homeland Security, the Federal Emergency Management Administration, the Internal Revenue Service, the Bureau of Alcohol, Tobacco and Firearms, etc., General Ham shall assume immediate command and control of all armed forces and services owed to The United States of America (major) stationed in North America and shall join them under his Command as The Grand Army of the Republic. All forces of air, land, and sea are to be employed.

Any cost or loss suffered as a result of deployment of The Grand Army of the Republic shall be charged as stipulated prior.

All effort shall be made by The Grand Army of the Republic to spare life and property while undertaking any action whatsoever within the states of the Union without exception. The GAR is uniquely enabled by these Orders to operate on the land of the fifty (50) organic states for the purposes of securing the lives and property of the American States and American State Citizens. The GAR is not a foreign army and is composed primarily of American State Citizens.

If required to take field position, the local commanders shall make every effort to communicate the basis of their authority and the reasons for their presence on American State soil to ensure a prompt cessation of hostilities and a widespread understanding of the usurpations and acts of fraud which have led to any conflict. All parties must be brought to understand the nature of the federal government, the limitations of its authority, and their own obligation to act in favor of the organic states of the Union.

The Grand Army of the Republic shall continue to operate under General Order 100 known as the Lieber Code, extant from the pen of the last Republic President, Abraham Lincoln.

Pg 1

No orders, Executive or otherwise, issued by Barack H. Obama pretending authority on the land of the American States while operating as "President" of the UNITED STATES Corporation nor as the "President" of the United States of America (minor) are owed any performance by the Joint Chiefs of Staff, General Ham, or any Ordinary. All plainly stated grants of contractual authority evident in The Constitution for the united States of America remain in place, subject to good faith performance of the accompanying obligations and treaties.

Mr. Obama is the "President" of a governmental services corporation under contract to provide stipulated services to the organic states and is on their payroll. He otherwise acts as a foreign dignitary representing the United States of America (minor). In neither of these capacities is he allowed any granted authority to impose upon American State Citizens, endanger American State property, or command mercenary forces on American State soil — however veiled as federal civilian service agencies.

We require the Joint Chiefs of Staff and General Ham to commence measures to disarm federal civilian agency personnel and to seize control of the vast stockpiles of arms which have been improperly amassed by "the Department of Homeland Security", FEMA, and other agencies employed by the UNITED STATES.

The only federal agency allowed free egress on the land of the American States is the U.S. Marshals Service, and then only when their personnel are engaged in their duty to protect the U.S. Mail and sworn to act as constitutional officers. All other federal agency personnel are limited to unarmed service until further notice.

We direct the Joint Chiefs of Staff to communicate these first two General Civil Orders directly to Mr. Obama, the members of the "US Congress", the administrators of all "federal" agencies, the members of the "Supreme Court" and those acting as "Governors" to compel their rapid understanding and cooperation.

Any expense or damage incurred by these organic states or any American State Citizen as a result of actions undertaken by any federal agency personnel acting as armed mercenaries on American State soil will be understood as the result of violent **crimes** committed against the peaceful inhabitants of the land and will incur immediate judgment liquidating the assets of the International Monetary Fund (IMF) and the Federal Reserve (FEDERAL RESERVE) in payment of the stipulated reparations. Such crimes shall also be considered contract default increasing the public debt **subject to bounty**.

Any and all corporate officers of the UNITED STATES or any successor organization(s) inheriting "federal" service contracts who support, condone, or promote such crimes against the American States or against American State Citizens shall be subject to arrest and prosecution for commercial and violent crimes. All foreign officials operating as elected or appointed officials of the United States of America (minor) who support, condone, or promote such crimes against the American States or against American State Citizens shall be subject to arrest, confiscation of their assets, and deportation to Puerto Rico, Guam, or such other "states" as may be willing to receive them. Such "foreign officials" include members of the American and British Bar Associations who were licensed to act as privateers against the interests of the American States and the American State Citizens from 1845 to 2013 in flagrant Breach of Trust. All such licenses are now extinguished. Members of the Bar Associations are required to cease and desist assaults against the American States and American State Citizens and shall be subject to arrest, confiscation, and deportation otherwise.

Insomuch as corporate officers operating the United States of America, Incorporated, and the UNITED STATES have contrived under conditions of fraud and semantic deceit to       re-venue the estates of the American States and living American State Citizens to the foreign jurisdiction of the United States of America (minor) they are found guilty of capital crimes, including acts of fraud and treason committed

Pg 2.

between 1933 and 1945, and are condemned posthumously.   Insomuch as elected officials operating the United States of America (minor) have similarly committed war crimes against the American States and their peaceful inhabitants during the same time period, they stand condemned posthumously.

No enforcement upon any American State or American State Citizen is owed as a result of any "Act" of any "Congress" operating as the sovereign government of the United States of America (minor) nor as the Board of Directors or Board of Trustees of any incorporated entity whatsoever.

All those (E)states and ESTATES erroneously believed to represent the American States and American State Citizens and which were conveyed by fraud and legal deceit to the United States of America (minor) and more recently to the City-State of the United Nations, are re-venued without exception to the geographically defined American States and the American State Citizens where they shall remain in perpetuity as assets belonging to the rightful and lawful beneficiaries.   All legal fiction entities however structured and named after the American States and American State Citizens are returned to them and their control, free and clear of any debt, promise, encumbrance or obligation alleged against them as a result of false claims made "in their behalf" by officers of the United States of America, Inc. and the UNITED STATES, INC. or by any foreign officials operating the United States of America (minor), or the United Nations City State falsely claiming to "represent" them or have jurisdiction over them.

We note that the current circumstance is in part the result of criminal acts engaged in 150 years ago, which resulted in the **commercial** enslavement of African Americans who were summarily claimed as chattels backing "US government" debt in the wake of the Civil War.   Despite every act of abolition and declaration of prohibition against both peonage and slavery, it has been the policy of the "US government" to enslave its citizens and to operate as a rogue state among the nations of the world.   Instead of freeing African Americans the sum total result of the Civil War was to vastly expand **public sector** ownership of slaves, giving rise to the outrageous and improper claims that have been made against the American States and the American State Citizens that we are dealing with today. It is uniquely fitting that The Grand Army of the Republic is recalled to settle this circumstance in favor of the people.

The **right** to act comes with the **responsibility** to act!

**This NOTICE is by my hand and upon my civil authority set this 4th day of July, 2014:**

*anna-maria: riezinger*

**Anna   Maria   Wilhelmina   Hanna   Sophia   Riezinger-von Reitzenstein von Lettow-Vorbeck, Private Attorney in service to His Holiness, Pope Francis.**

**In Care Of: Box 520994, Big Lake, Alaska** Under Sea

Copies to:

Joint Chiefs of Staff
Major General David E Quantock
Other interested parties

**JUDICIAL NOTICE**

We the Unified Maine Common Law Grand Jury concur with the above Notice:   Pg. 3

July 4, 2014                                    Signed under Seal

*David E. Robinson*



_____

Grand Jury Foreman *pro tem*

---

For a more detailed report read:
**DISCLOSURE 101: What You Need To Know**
https://www.createspace.com/4870915

<u>Here is page 3 of Disclosure 101</u>

# Note

    This book is an adaptation of an email I received from my friend — Anna von Reitz — that included five pdf documents which supplemented her email with information that every red blooded American should know.

    I accepted Anna's offer to get hard copies of this information into the hands of Americans.

    I find it much to my advantage to have hard copy information to highlight and read without sitting at a computer for hours on end.

    I hope you will find this hard copy presentation an advantage as well.

**David E. Robinson**
*The Maine Patriot*
*Brunswick, Maine*

*http://maine-patriot.com*

---

Pg. 4







**THE MOORISH NATIONAL REPUBLIC**
**FEDERAL GOVERNMENT NORTHWEST AFRICA**
**THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD**
*Northwest Amexem / Northwest Africa / North America*
**'The North Gate'**
**Societas Republicae Ea Al Maurikanos**
**Aboriginal and Indigenous Natural Peoples of the Land**
**The true and de jure Al Moroccans / Americans**

# Writ In The Nature of Discovery

In Matter for Case 25-13632

For The Record

Timothy P. Branigan, All Banks and Unions involved, Please have mailed to the Borrower, the following certified and verified official copies of loan related documents; prior to the meeting scheduled on June 5th, 2025, for the Borrower to make a physical inspection of the following documents and enable the Borrower to verify and Witness the same. This is a Lawful Demand and Request, under the Rule of Discovery, and forwarded to U.S. Bank.  Please provide the requested information in order that I may study all evidence regarding this matter within ten  (10) days of the receipt of this Notice of Discovery. I will be sending copies of this Writ to all Parties.

Produce the following Documents and associated Instruments:

1.  Produce the 'Original Promissory Note' (front and back) associated with the Loan from your Agency / Entity / Persons to the Borrower.
2.  Produce any 'Allonge', 'Bill of Exchange', and / or 'Promissory Note' (front and back) complete with any Affixations or Allocations attached to the 'Borrower Promissory Note' for Endorsements.
3.  Produce all Bookkeeping Journal entries associated with the Loan to the Borrower.
4.  Produce the 'Deed of Trust' associated with the Loan to the Borrower.
5.  Produce the 'Insurance Policy' in place on the Borrower's 'Promissory Note' associated with the Loan.
6.  Produce all 'Call Reports' and related 'Notes' made for the period covering the Loan.
7.  Produce the 'Deposit Slip' for the Deposit of the Borrower's 'Promissory Note' associated with the Loan.
8.  Produce the 'Original Order' authorizing the withdrawal of funds from the Borrower's 'Promissory Note' Deposit Account.
9.   Produce the 'Account Number' from which the money came to fund the 'Check' given to the Borrower.
10.  Produce 'Verification' that the Borrower's 'Promissory Note' was a 'Gift' to the 'Lender' from the Borrower.
11.  Produce the 'Name' and the 'Address' of the current 'Holder' of the Borrower's 'Promissory Note'.
12.   Produce the 'Name' and 'Address' of the Lender's CPA and Auditor, for the period covering the Execution.
13.  Produce a copy of their legal authority to do business in the State of ~~Connecticut~~ Maryland
14.  Produce evidentiary authorization to levy surcharges

This is the Borrower's 'Good Faith' attempt to clear up any misrepresentations or confusion concerning this matter, before taking any further actions. A failure of the fore-mentioned Entity or Representatives to 'Respond' within the allotted ~~twenty~~ (10) days of Receipt of this 'Writ In The Nature of Discovery' will be deemed a 'Dishonor' of this 'Notice and Demand for Disclosure'.

Thank You,   Supreme El

Ex-Relatione    Carl H. Weeks-El Sui Juris
Propria Persona Supreme El
All Rights Reserved / Without Recourse / With Prejudice
5210 Leverett St Oxon Hill, Maryland Territory <Domicile
5/17/2025

---

### ೞ - Reversioner - ೞ

---

I, _Supreme El_ , the living, sentient man and rightful Heir, am not lost at sea; and I Affirm and Declare my Right of *'Reversion of Estate'* and therefore I make no claim with respect to the *title* and misrepresented *(CARL HAYWOOD WEEKS JR / Man-of-Straw and nom de guerre; - being a title)* and the spurious creations of the foreign, *de facto* United States Corporate operators, actors, and owners; and I surrender and assign any and all *'Reversionary Interest'* to the foreign United States and its subsidiaries for full *'Acquittance Discharge Settlement'* and *'Closure'* of my reliance, *Title 12 USC 95a, part 2.* I assume no liabilities or debts however contrived among its associates; and I do not consent to stand as *'Surety'* for the foreign, private, and for-profit, UNITED STATES INCORPORATED / U. S. Corporation Company entity owners, directors or their administrators; nor do I stand as *'Surety'* for its subsidiaries or its associates at any point, or moment in time.

ೞ _____ ೞ

Title 12 USC 95a, part 2

(2) Any payment, conveyance, transfer, assignment, or delivery of property or interest therein, made to or for the account of the United States, or as otherwise directed, pursuant to this section or any rule, regulation, instruction, or direction issued hereunder shall to the extent thereof be a full acquittance and discharge for all purposes of the obligation of the person making the same; and no person shall be held liable in any court for or in respect to anything done or omitted in good faith in connection with the administration of, or in pursuance of and in reliance on, this section, or any rule, regulation, instruction, or direction issued hereunder.

1

## 1933 - LEGISLATIVE JOURNAL - HOUSE - PAGE 5759

## RESOLUTION No. 75

Mr. WITKIN, Mr. Speaker, I desire at this time to call up Resolution No. 75, Printer's No. 1034.

**The Resolution was read by the Clerk as follows:**

In the House of Representatives, April 17, 1933.  Many sons and daughters of that proud and handsome race which inspired the architecture of Northern Africa and carried
into Spain the influence of its artistic temperaments have become citizens of this Nation.
In the City of Philadelphia there exists a Moorish-American Society made up of Moors who have found here the end of their quest for a home and of the children of those who journeyed here from the plains of Morocco.

This Society has done much to bring about a thorough absorption by these people of those principles which are necessary to make them good American citizens.  These Moorish-Americans have since being here missed the use of the titles and name annexations that were so familiar at home and which are used in accordance with the doctrines of the religious faith to which they are adherents therefore be it, Resolved That this House commends the Moorish-American Society of Philadelphia for the efficient service it has rendered the Nation in bringing about a speedy and thorough Americanization of these former Moors and that in accordance with the fullest right of religious independence guaranteed every citizen we recognize also the right of these people to use the name affixes El or Ali or Bey or any other prefix or suffix to which they have heretofore been accustomed to use or which they may hereafter acquire the right to use.

On the question, **Will the House Adopt the resolution?**

**It was Adopted May 4,1933**

  

**I.S.L.A.M.**     *Moorish Americans* - *Northwest Amexem*

# Judicial Notice and Proclamation

**To All Elected United States Republic Officials and Public Servants of Federal, State, City, and Municipal Governments, Personnel and Corporate Entities: Concerning the Constitution and all Statutory and Civil Law Codes of the Land, etc., Know All Men by These Presents:**

**Upon** my inherited Nobility, and upon my Private Aboriginal / Indigenous, Proper Person Status and Commercial Liability, I, **Supreme El**, being duly Affirmed under Consanguine Unity; pledge my National, Political, and Spiritual Allegiance to my Moabite / Moorish Nation - being the archaic Aboriginals / Indigenes of Amexem (the Americas); standing squarely affirmed upon my Oath to the 'Five Points of Light' - Love, Truth, Peace, Freedom, and Justice; do squarely Affirm to tell the truth, the whole truth, and nothing but the truth; and having knowledge and firmly - established belief upon the historical, lawful, and adjudicated Facts contained herein. Being competent (In My Own Proper Person) to Attest to this Affidavit upon which I place my Signature; Whereas, I State, Proclaim, and Declare the following to be true, correct, certain, complete, not misleading, supreme, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose, to wit:

**That** I, **Supreme El**, Am a Noble of the Al Moroccan Empire (North America) In Propria Persona (my own proper self); being Moorish American - a Descendant of the Ancient Moabites / Moors, by Birthright, Freehold, Primogeniture and Inheritance; being Aboriginal and Indigenous to the Land /s (Amexem / Americas) Territorium of my Ancient Moabite / Moorish Fore-Mothers and Fore-Fathers - to wit:

**The** Al Moroccan (American) Continents - are the Land of the Moors; being North America, South America; Central America; including the adjoining Islands (Americana / Ameru / Al Moroc). I have, acknowledge, claim and possess, by said Inheritance and Primogeniture, the Freehold Status thereto; all Unalienable and Substantive Rights, to Be, to Enjoy, and to Act, distinct in my Aboriginal Customs and Culture; and determining my own political, social, and economic status of the State. Turning my heart and mind back to my Ancient Mothers and Fathers - Moors / Muurs, by Divine and Natural Right. Being Moorish American, we have and possess the internationally recognized Rights to determine our own 'Status of the State' absent of threat, coercion, or acquiescence to a Color-of-Law, a Color-of-Office, nor to be subjected to an imposed Color-of-Authority.

**Moors / Moorish Americans / Muurs** Have, Proclaim and Possess the Unalienable, Substantive Rights and Birthright - Inheritance to our Al Moroccan Names and Nationality by Nature's Laws, Divine Law, Primogeniture, and by the recognized Laws of the Nations of the Earth (International). Being the true, Ancient, Aboriginal / Indigenes of the Land (America) - North, being the heart-land of the Moroccan Empire. Moors / Muurs are the 'De jure' Freeholders by Birthright, Inheritance and Primogeniture Status; and have, Claim and Possess the Secured Rights to Travel upon the Public Roadways, Byways and Highways of our Continental United States (the Organic Land) absent of foreign 'colored' or imposed excise taxation constructs invented, by the racketeering States' Legislators, to abridge and steal Rights belonging to the Natural Peoples. These Substantive Rights are supported by, and asserted by, Royal Law; Moorish Law; Moslem / Muslim Law; The Law of the Great Peace; The Laws of Nature; Divine Law; Nature's God; The Laws of Nations; The Free Moorish Great Seal Zodiac Constitution; and Affirmed by Articles IV and VI of the Constitution Covenant of 1774 - 1781 A.D. = 1201 M. C., as lawfully adopted for The United States Republic, establishing its Republican Form of Government. Said Constitution established the Peoples' 'Supreme Law of the Land' to secure the Rights of the People, and to keep Government bound and in check by Official Oath, and by Official Bond. Down from the Ancients Ones, our Primogenitors, comes the Supreme Law of the Land!

1

**E**gypt, The Capital Empire of the Dominion of Africa. The Inhabitants of Africa are the Descendants of the Ancient Canaanites from the Land of Canaan. The Moabites from the Land of Moab who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa; they were the founders and are the true possessors of the present **Moroccan Empire**. With their Canaanite, Hittite and Amorite brethren who sojourned from the Land of Canaan seeking new homes. Their Dominion and Inhabitation extended from North-East and South-West Africa, across the great Atlantis even unto the present **North, South** and **Central America** and also **Mexico** and the **Atlantis Islands**; before the great earthquake, which caused the great Atlantic Ocean.

**T**he 'Great Seal Pyramid' is the 'National Emblem and Insignia' of The Moorish Nation / Empire of North America (geographical location). The Great Pyramid is also the archaic symbol for Civilization on the planet Earth. The honorable Moors' acknowledgement of our 'Great Seal' indicates those Heirs who own up to, who support, and who proclaim, our 'Free National Government'. Moors who are 'Active' and NOT 'Passive' in the Social, Civilization, Culture and Custom matters, involving Law, Order and Governmental Principles, are hereby entreated to support this Affirmation. Moors / Muurs who strive toward this end, with honor, are entrusted by Noble Drew Ali, to help in the great humanitarian work of uplifting ourselves, our fellow-man, and humanity at large. We seek, at all times, to be conscious of the works, instructions, and acts necessary to teach, preserve and defend the Birthrights of All Moorish Americans (Al Moroccans), etc.

**T**he Noble Moors / Muurs (Heirs Apparent) are the Natural Members / Citizens of the Ancient Al Moroccan Empire (North America) and are duty-bound to recognize and to support our 'Great Seal' Sovereign Moorish Government and Nation of the Natural People, and command the enforcement of our Constitution. Thus, such organized communication Orders are referred to as "The Great Seal National Association of Moorish Affairs". The Free Moorish Nation - inclusive of all the Aboriginal / Indigene Tribes and Provinces of the Natural People, etc., are the rightful bearers of the Names and Titles, **Ali, El, Bey, Dey**, and **Al.** The Free Moors / Muurs, by Freehold Inheritance, retain all Substantive Rights and Immunities; enjoy the exercising of Substantive Rights, and operate upon consummated, Right-Law, Isonomi - Principles; having vested Constitution - secured Rights and Immunities from TAXATION, and from Criminal and Civil Jurisdiction by, and of, the Union States Rights Republic (U.S.A.), pursuant to, but not limited to, the United States Republic Supreme Court, and the 'Acts of State' to wit:

*"Every Sovereign State (People) is bound to respect the independence of every other Sovereign State (People) and the courts of one country (People) will not sit in judgment on the acts of the government of another, done within (the same or) its own territory…"*

**T**he present Union States Municipal and Civil Laws and Codes of the Land are an 'incorporated unit of self-government' established by the political powers of the 'General Assembly' of each State of the Union, and initiated at Philadelphia, Pennsylvania, North America, in the year Eighteen fifty-four (1854). It governs 'ONLY' the rights and conduct of "WHITE PEOPLE", Christians and Jews, of the Eighteen sixty-three (1863) Union States Rights Republic, under the Magna Charta (Charter), the Knights of Columbus Code, and the Ku Klux Klan Oath. Forever said Union States Rights Republic denies citizenship in the United States Republic (U.S.A.) to the descendants of the Moorish Nation in the Western Hemisphere, erroneously referred to, and 'branded' and mislabeled as, Negroes, Blacks, Coloreds, and African Americans, etc., etc. In addition, the Supreme Court of the United States (in the landmark case) of "Dred Scott v. Sandford" 60 US (19 Howard) 393 (1857) held that Negroes—whether held to slavery or free– were not included and were not intended to be included in the 'category' of 'citizen' (subjects) of the Union States Rights Republic. Resultantly, the True Indigene Nobles of the Al Moroccan Empire (Free Moors), bearers of the Names / Titles, Ali, El, Bey, Dey and Al, are excluded from the Union States Rights Republic (U.S.A.) jurisdiction. The True Nobles of the Al Moroccan Empire are Sovereign, Private, and Self-Governed, by 'Right-Law' Principles and customs; and ONLY Obligated to the 'Free Moorish Zodiac Constitution' - Circle 7 - archaically established by our Ancient Fore-Mothers and Fore-Fathers. Such extended allegiance and 'Obligation' includes 'The Great Seal' and the High Principles and Moor-al Standards, embodied in the Moorish National Flag (Standard) - **Love, Truth, Peace, Freedom**, and **Justice**. The True Al Moroccan Noble Indigenes of the Land maintain a Constitutional and lawful, NON-OBLIGATORY tax 'Status' and position, relative to 'FOREIGN ENTITY TAXATION' (Indigenes Not Taxed) and maintain a NON– OBLIGATORY respect for the Union States Rights Republic (U.S.A.), its members, its laws; its ordinances; its codes; it customs and its traditions, pursuant to: The Free Moorish American Zodiac Constitution - Articles IV and VI; The Treaty of

Peace and Friendship Between the United States and Morocco -Seventeen Eighty-Seven (1787) - superseded by the Treaty of Eighteen Thirty-Six (1836); Resolution 75: Journals of The House of Representatives; United States - April 17, 1933 A. D. - Moorish American Society of Philadelphia and the Use of Their Names; The United Nations "**Declaration of the Rights of the Child**" General Assembly Resolution 1386 (XIV), 14 U.N. GAOR Supp. (No, 16) at 19, U.N. Doc. A/4354 (1959); The United Nations "**Universal Declarations on Human Rights**" Article XV, General Assembly Resolution 217 A (III) of 10, December 1948 A.D.; "**Executive Order 13107**"—United States Republic, North America -The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX—Reservation of the Rights of the People; The United States Department of Justice Moorish Credentials; Free Moorish Zodiac Constitution, Truth A-1 Classified; The United States Copyright Certificate Number AA222141 Clock of Destiny; The Moorish Nationality and Identification Card; Moorish Holy Temple of Science / Moorish Science Temple Identification Card, etc.

𝕱**urthermore**, I Assert My full Birthrights - Sovereignty and Substantive Rights and claim to Hereditaments - Being a Sundry Free Moor / Muur and a (Natural Being) pursuant to: Moabite / Moorish Pedigree; The Free Moorish Zodiac Constitution; The Great Seal of the Moorish Nation (Ab Antiquo); The Treaty of Peace and Friendship - 1787 / 1836; The Sundry Free Moors Act of 1790; The 1781 Organic United States Constitution; The Moorish Federal Financiers Act (Union States Army: 1861 -1863); The 1854 Roman Catholic Magna Charta; the Knights of Columbus Code; The Ku Klux Klan Oath; The United Nations Charter, Article 55(c);    The Rights of Indigenous People: Part I, Articles 1, 2, 3, 4, 5; Part II, Article 6; The United States Supreme Court - 'Acts of State'; The foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on International Road Traffic -Day 19, September 1949, The World Court Decision, The Hague, Netherlands - Day 21, January 1958 A.D = 1378 M.C. In reference to the Rights of the Natural People and Substantive Rights, etc., the following are pertinent Supreme Court Decisions, (Stare Decisis) to wit:

**1.** 𝕱**he** Right to Travel; The Right to Mode of Conveyance; The Right to Locomotion are all Absolute Rights, and the Police can not make void the exercise of Rights. **State v. Armstead, 60 s. 778, 779, and 781**:

**2.** 𝕱**he** use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and Fundamental Right of which the public and Natural Beings cannot be deprived. **Chicago Motor Coach v. Chicago 337 Illinois 200, 169 NE 22, ALR, Ligare v. Chicago 139 ILL. 46, 28 HE 934, Boone v. Clark 214 SW 607, 25 AM jur (1st), Highways, sec. 163**:

**3.** 𝕱**he** Right to Park or Travel is part of the Liberty of which the Natural Person, citizen cannot be deprived without "due process of law" under the 5th Amendment of the United States Constitution. **Kent v. Dulles 357 US 116, 125**:

**4.** 𝕱**he** Right of a citizen to Travel upon the public highways and to transport one's property thereon, either by carriage or automobile, is not a mere privilege, which a City may prohibit or permit at will, but a common Right, which he / she has under the Right to Life, Liberty, and the Pursuit of Happiness. **Thompson v. Smith 154 SE 579**:

**5.** 𝕾**tate** Police Power extends only to immediate threats to public safety, health, welfare, etc., **Michigan v. Duke 266 US, 476 Led. At 449**: which driving and speeding are not. **California v. Farley Ced. Rpt. 89, 20 CA3rd 1032 (1971)**:

**6.** 𝕱**he** state is prohibited from violating Substantive Rights. Owens v. City, 445 US 662 (1980); and it can not do by one power (eg. Police Power) that which is, for example, prohibited expressly to any other such power (eg. Taxation / Eminent Domain) as a matter of Law. **US and UT v. Daniels, 22 p 159,** nor indirectly that which is prohibited to it directly. **Fairbanks v. US 181, US 283, 294, 300**:

**7.** 𝕱**raveling** in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard to the public, and such a traveler owed no other duty to the public (eg. the State); he / she and his / her auto, having equal right to and on the roadways / highways as horses and wagons, etc.; this same right is still Substantive Rule, in that speeding, running stop signs, traveling without license plates, or registration, are not threats to the public safety, and thus, are not arrestable offenses. **Christy v. Elliot, 216 I 131, 74 HE 1035, LRA NS 1905—1910: California v, Farley 98 CED Rpt. 89, 20 CA 3d 1032 (1971).**

3

8. **U**nder the United States Republic's Constitutional system of Government and upon the individuality and intelligence of the citizen, the State does not claim to control one's conduct to others, leaving one the sole judge as to all that affects oneself. **Mugler v. Kansas 1213 US 623, 659—60:**

9. **W**here Rights secured by the Constitution are involved, there can be no rule - making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:**

10. **T**he claim and exercise of Constitutional Rights cannot be converted into a crime. **Miller v. Kansas 230 F 2nd 486, 489:**

11. **F**or a crime to exist, there must be an injured party (Corpus Delicti). There can be no sanction or penalty imposed on one because of this Constitutional Right. **Sherer v. Cullen 481 F. 945:**

12. **I**f any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. **Louisville v. Motley 211 US 149, 29S. CT 42.** "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt".

13. "**L**ack of Federal Jurisdiction can not be waived or overcome by agreement of parties". **Griffin v. Matthews, 310 F Supra 341, 342 (1969):** and "Want of Jurisdiction may not be cured by consent of parties". **Industrial Addition Association v. C.I,R., 323 US 310, 313.**

**W**hereas, In light of the foregoing Jurisprudence 'Stare Decisis' Supreme Court Decisions, Facts, and Law; and counter to the negative and 'colorable' social conditions instituted by State Persons of the Union States Society, there exists a blatant 'WANT OF JURISDICTION' on the part of the Union States Rights Republic (U.S.A.), its agents, personnel, contractors, and assigns. Axioms are legally in force under National and International Law attending these issues. And this Affiant (Natural Person - In Propria Persona) does not waive any rights; does not transfer power of attorney; and does not willingly consent to any public trial or hearing in any 'colorable' tribunal venue or non-Article III, unconstitutional jurisdiction. The Official Oaths, the Obligations, and the Fiduciary duties of all accusers and bound 'claimants' to National Law and Order; Civilization Principles fixed in Constitution Law, still stands! Definition and Truth still Rules. NON-COMPLIANCE is a Federal and International Law offence.

**W**hereas, there is no question that a 'Bench Appearance Summons', Detention, Arrest and Ticket or Citation issued by a Police Officer or others for traveling with no driver's license, foreign driver's license, not having current registration, or mandatory insurance, etc., which carries a fine or jail time, is a penalty or sanction and is indeed "converting a right into a crime"; thus violating Substantive Rights. It is reasonable to assume that these Supreme Court judicial decisions are straight and to the point, that there is no lawful method for government to put restrictions or limitations on Rights belonging to the People.

**T**hat the Organic United States Republic Constitution (derived from Ancient Moabite / Moorish Law) remains 'The Supreme Law of the Land'. And all Treaties made, or which shall be made, under the Authority of The United States Flag of Peace, pursuant to United States Code, Title 4, Chapter 1. Any law that is Repugnant to the Constitution, shall remain forever 'colorable' and is Null and Void. Marbury v. Madison 5 U.S. 137, 174, 176 (1803). Any Municipal Officer, Person, Personnel, Employee or Contractor who violate the Rights of the People or Citizens are subject to suit in their personal and / or official capacity to wit:

### **T**itle 18, Part 1, Chapter 13 §241 of United States Codes of Law:

*If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, commonwealth, Possession, or district in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or Laws of the United States, or because of his having so exercised the same; or...*

*If two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured -*

*They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts commited in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an*

*attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.*

𝕿itle 18, Part 1, Chapter 13 §242 of United States Codes of Law:

*𝖂hoever, under 'color' of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or Laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, that are prescribed for the citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts commited in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years or for life, or both, or may be sentenced to death.*

𝕿herefore, in preservation of 'The Rights of Indigenous Peoples' and the Preservation of the Rights of the People, in accord and defence of the Constitution for the United States Republic of North America and its Republican Form of Government - being the 'Supreme Law of the Land'; and primal to the contractual liabilities, Oath - bound Obligations, and Fiduciary Duties of the Officers of the Courts - Federal, State, City, and Municipal, etc., I hereby, Demand the enforcement of the De jure Laws of the United States, and all Treaties made under the Authority of The United States, in accord with Article VI of the Constitution; The Bill of Rights; The Declaration of the Rights of the Child; The Rights of Indigenous Peoples; The Universal Declaration of Human Rights; The United Nations Charter, Article 55(c);  The United States Supreme Court - 'Acts of State'; The Foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on 'International Road Traffic'—Day 19, September 1949, The World Court Decisions, The Hague, Netherlands, Day 21, January 1958 A.D = 1378 M.C.; and "**Executive Order 13107**" - United States Republic, North America: The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX, etc., etc. I hereby, Demand a Dismissal of any and all unconstitutional sanctions, claims, or other warrants or charges made or issued, which are devoid of true identity personages; a denial of 'Due Process' of a 'Trial' by a Jury of my own National Peers; or absent of a verified and lawful Indictment, sanctioned by an assembled Grand Jury; and that I be availed all lawful Constitutional - secured safeguards, established by the Supreme Law; with documented proper Jurisdiction and Venue confirmed and in place.

𝖂herefore all parties of interest are Authorized by this Writ, pursuant to National and International Law, to honor all Substantive Rights and Constitutional Immunities reserved for, and to, this Aboriginal / Indigenous Free and Sovereign Moor / Muur*. All Officials are to enlist all available and appropriate measures to ensure, and assure, that all My Substantive Rights and Constitutionally - secured Rights and Immunities are not violated, not breached, nor abridged. The Sovereign, Natural Being, named herein, is not to be Arrested nor held for Detention under any 'colorable' circumstances! You are to notify the active Ministers of the Aboriginal / Indigenous Moorish Nationals of the Territory (Organic Land). The Natural Person named herein is NON-OBLIGATORY and thus Exempt from Customs, Tariffs, Taxation, 'Owner in Fee' permit-deception Constructs, and from any other hindrance or restriction of His or Her Freedoms, Allodial Properties, Compensations, Rights of Travel, or Freedom of Movement on, in, or within, any member or non-member States of the United States Union, etc. The Moor / Muur (bearer of this Indigenous Peoples' Document) is to be treated with all due Respect and 'Due Process' Rights under the Law.  All available and appropriate measures are to be taken to prevent injustice, harm, false arrest, trumped — up charges, or attack on the Natural Being's Person, Property, Personalty, Conveyances, Freedoms, and / or Dignity.

𝕰xplicit Reservation and use of 'All Rights Reserved Without Prejudice' U.C.C. 1– 207 / 308, U.C.C. 1-103, is Noted To All Federal, State, City, and Municipal Peace Officers; in harmony with State's Statutes, and indicates the Reservation of My Rights. Whereby I may Reserve My Substantive Rights and Constitutional - secured Rights and Immunities to 'NOT' be Compelled to perform under any Contracts or Agreements that I have not entered into knowingly, voluntarily, willingly, or unintentionally. I do not accept any actual or implied 'Liabilities' associated with any 'COMPELLED - BENEFITS' of any 'unrevealed' or deceptively-imposed commercial contracts. I, furthermore, do not sanction any 'unconstitutional' rules or policies, nor acts of Misprision committed by any U.S. Government or State Officials, at any level, claimed by any of them, in the

name of the United States Republic, nor do I assent to any implied colorable policies made by alleged representatives, as being sanctioned by the People and Citizens. Consider any formerly-assumed constructs alleged to be related to me as being misrepresentations and thusly 'Cured' forthwith. Let it be known…:

*R*epresent means to 'Depict' to 'Portray', to 'Symbolize' and to 'Stand for'. Let it be known that the Union States Society 'Bar Association' Lawyers, Esquires, and Attorneys of European Colonial descent, and foreign corporation, cannot depict, portray or symbolize a Free Moor; as they are not of the same Nation Jurisdiction, Customs, or National Peers; and cannot sit in judgment of any Free Moor (Acts of State). Europeans are not Indigenes to the Land (Americas) - Moors are Aboriginal! Union States Lawyers and Attorneys operate in Demo - political format, which is contrary to Article IV, Section 4 of the Constitution for the United States. Moors operate in a Republican Form of Government, conjoined with Isonomi Principles - being in harmony with the Constitution. Moors respect Constitution Principles. The unconstitutional Tribunals operating under the Union States Society conflicts with, and is repugnant to, "Due Process" under Constitution Principles, and functions primarily in 'colorable' procedures. Therefore, no 'Fair', 'Just' trial, or remedy is availed to the Natural Peoples of the Land, through such 'colorable' processes! These violating acts constitute a 'Conflict of Interest', a 'Conflict of Law' and clearly establishes the 'Federal Questions' of 'Diversity of Citizenship'; a Conflict of Identity; and of Nationality etc. Thus, a clear 'Averment of Jurisdiction' is also hereby proclaimed and advanced. Only Moors can 'Present' and 'Depict' themselves as being Moors / Al Moroccans, and Aboriginal /Indigenes of the Land! Thus, only Moors can **'Present'** 'Self'!

*I*, **Supreme El**, A real, live flesh and blood, breathing, non-fictional, and Natural Being, born of a natural Mother, do solemnly, sincerely, and squarely Affirm that the foregoing facts contained in this Constructive and Actual Judicial Notice and Proclamation, by Affirmed Affidavit, are true, to the best of my knowledge, Culture, Customs and Beliefs; being actual, correct, not misleading, etc.; and being the Truth, the whole Truth, and nothing but the Truth.

*H*ibu (Love), *H*aqq (Truth), *S*alaam (Peace), *H*urryatun (Freedom), *A*dl (Justice),
*A*ll Rights Reserved Without Prejudice / Recourse; Allodial Claim.

*I* Am: ___Supreme El___.
Natural Person - In Propria Persona - Authorized Representative; All Rights Reserved

*A*boriginal / Indigenous, free Sovereign Moor - Natural Person of the Land; 'In Propria Persona' (Not Pro Se Nor Colorable)

*Moors / Muurs: The Aboriginal and Indigenous Natural Peoples and True Inheritors of the Lands (Territories) - North America, Central America, South America, and the Adjoining Islands
Al Moroc / Ameru / Americana)

*B*y Special Appearance, in Honor, the Divine Being, **Supreme El**, Affirms that He / She is the Natural Person / Divine Being herein named, existing in His / Her own Proper Person; meeting the 'law of evidence' as required and defined in 'Identity'; affirmed by Lawful, Substantive Right; by Birthright; and respectively acknowledged - being lawfully qualified and competent to execute this Document. I therefore place my hand and seal thereto.

*C*hronos:
Day:_____    Month:_____    Year: _____.

*I* Am: _____.
**Vizir / Minister:** *N*atural Person - In Propria Persona - Authorized Representative; All Rights Reserved
Free Moor / Muur
*N*orthwest *A*mexem / *N*orthwest *A*frica / *N*orth *A*merica

*W*itness:_____.
*N*atural Person - In Propria Persona - All Rights Reserved

*W*itness:_____.
*N*atural Person - In Propria Persona - All Rights Reserve

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire - Continental United States.

 

THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD

# LEGAL NOTICE! NAME DECLARATION, CORRECTION PROCLAMATION AND PUBLICATION

**I**, Supreme El, being duly Affirmed, standing squarely, Declare, and Proclaim, upon Divine Law; Nature's Law; Universal Law, Moorish Birthrights; International Law; and Constitutional Law; Declare and say:

**I**, being previously Identified by the Union States Society of North America – U.S.A. under the colorable, Ward-ship name, CARL HAYWOOD WEEKS, do hereby refute the Fraud; make Public and Publish my Corrected National Name; Declare and Affirm my true, 'Proper Person Status'; and reclaim my Rightful Social and Cultural Life of the State; in accord with my Moorish Nation of Northwest Amexem / North America – acknowledging my Birthrights. Having Lawfully and Legally Obtained and Proclaimed my Moorish Nationality and Birthright 'Name and Title'; in harmony with, in association with, and in Accord with Divine Law, the Customs; and the Laws, Rules, and Usages of The Moorish Divine and National Movement; being Aboriginal and Indigenous, and bound to the North American Continent by Heritage, by Primogeniture; by Birthright; by Natural Birth; by Freehold; and by Inheritance. Declared for the Public Record, I am returning the European cognomen and fictitious misnomer back to the Colonial possessors of its pedigree. I am now Rightfully Declaring, Publishing, and Proclaiming my own Free National Name; Affirming my
Actual, Rightful, and Civil 'In Full Life' Status; Conjoined to my Moorish American Consanguine Pedigree and National Honor. Let it be Declared, Known, Published, and Resolved that: I Am: Supreme El, 'In Propria Persona Sui Juris' (being in my own proper person), by birthright; an Inheritance WITHOUT THE FOREIGN, IMPOSED COLOR-OF-LAW, OR ASSUMED DUE PROCESS of the Union States Society; pursuant to, but not limited to:

1. FREE MOORISH-AMERICAN ZODIAC CONSTITUTION:
(Zodiac Constitution and Birthrights of the Moorish Americans) being Ali, Bey, El, Dey and Al), Article two (2), Paragraph two (2).

2. UNITED STATES REPUBLIC: DEPARTMENT OF JUSTICE:
Moorish American Credentials:  AA 222141- **TRUTH A-1**

3. UNITED STATES SUPREME COURT: SUPREME LAW - Acts of State

4. UNITED STATES CONSTITUTION: Article III (3), Section two (2), Amendment V (5) (Liberty clause) and Amendment IX (9) (Reservation of the Rights of the People).

5. RESOLUTION NUMBER SEVENTY-FIVE (75): Dated April 17, 1933 A.D. (MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES),

6. UNIVERSAL DECLARATION OF HUMAN RIGHTS – UNITED NATIONS – HUMAN RIGHTS [Article Fifteen (15)].

7. RIGHTS OF INDIGENOUS PEOPLES – UNITED NATIONS: GENERAL ASSEMBLY - Part 1, Article 4.

**Wherefore, I,** Supreme El, being 'Part and Parcel' named herein, and by Birthright, Primogeniture, and Inheritance, make a Lawful and Legal Entry of Affidavit and Public Notification of Nationality Proclamation; Name Correction Claim; Declaration, Affirmation, and Application; Herewith Published for the Public Record.

**I Am:** _Supreme El_____

A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America          All Rights Reserved

Witness: _____

A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America

All Rights Reserved

Witness: _____

A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

LN/NCT No. 0001H



# Treaty of Peace & Friendship
# 1787
# Between Morocco and The United States

TO ALL PERSONS TO WHOM THESE PRESENTS SHALL COME OR BE MADE KNOWN-WHEREAS THE UNITED STATES OF AMERICA IN CONGRESS ASSEMBLED BY THEIR COMMISSION BEARING DATE THE TWELFTH DAY OF MAY ONE THOUSAND, SEVEN-HUNDRED AND EIGHTY-FOUR THOUGHT PROPER TO CONSTITUTE JOHN ADAMS, BENJAMIN FRANKLIN AND THOMAS JEFFERSON THEIR MINISTERS PLENIPOTENTIARY, GIVING TO THEM OR A MAJORITY OF THEM FULL POWERS TO CONFER, TREAT & NEGOTIATE WITH THE AMBASSADOR, MINISTER OR COMMISSIONER OF HIS MAJESTY THE EMPEROR OF MOROCCO CONCERNING A TREATY OF AMITY AND COMMERCE, TO MAKE & RECEIVE PROPOSITIONS FOR SUCH TREATY AND TO CONCLUDE AND SIGN THE SAME, TRANSMITTING TO THE UNITED STATES IN CONGRESS ASSEMBLED FOR THEIR FINAL RATIFICATION.

AND BY ONE OTHER COMMISSION BEARING DATE THE ELEVENTH DAY OF MARCH ONE-THOUSAND SEVEN-HUNDRED & EIGHTY-FIVE DID FURTHER EMPOWER THE SAID MINISTERS PLENIPOTENTIARY OR A MAJORITY OF THEM, BY WRITING UNDER THE HANDS AND SEALS TO APPOINT SUCH AGENT IN THE SAID BUSINESS AS THEY MIGHT THINK PROPER WITH AUTHORITY UNDER THE DIRECTIONS AND INSTRUCTION OF THE SAID MINISTERS TO COMMENCE & PROSECUTE THE SAID NEGOTIATIONS & CONFERENCES FOR THE SAID TREATY PROVIDED THAT THE SAID TREATY SHOULD BE SIGNED BY MINISTERS: AND WHEREAS, WE THE SAID JOHN ADAMS & THOMAS JEFFERSON TWO OF THE SAID MINISTERS PLENIPOTENTIARY (THE SAID BENJAMIN FRANKLIN BEING ABSENT) BY WRITING UNDER THE HAND AND SEAL OF THE SAID JOHN ADAMS AT LONDON, OCTOBER FIFTH, ONE-THOUSAND SEVEN-HUNDRED AND EIGHTY-FIVE, & OF THE SAID THOMAS JEFFERSON AT PARIS OCTOBER THE ELEVENTH OF THE SAME YEAR, DID APPOINT THOMAS BARCLAY, AGENT IN THE BUSINESS AFORESAID, GIVING HIM THE POWERS THEREIN, WHICH BY THE SAID SECOND COMMISSION WE WERE AUTHORIZED GO GIVE, AND THE SAID THOMAS BARCLAY IN PURSUANCE THEREOF, BATH ARRANGED ARTICLES FOR A TREATY OF AMITY AND COMMERCE BETWEEN THE UNITED STATES OF AMERICA AND HIS MAJESTY THE EMPEROR OF MOROCCO & SEALED WITH HIS ROYAL SEAL, BEING TRANSLATED INTO THE LANGUAGE OF SAID UNITED STATES OF AMERICA, TOGETHER WITH THE ATTESTATIONS THERETO ANNEXED ARE IN THE FOLLOWING WORDS, TO WIT:

**IN THE NAME OF ALMIGHTY GOD.**

THIS IS A TREATY OF PEACE AND FRIENDSHIP ESTABLISHED BETWEEN US AND THE UNITED STATES OF AMERICA, WHICH IS CONFIRMED, AND WHICH WE HAVE ORDERED TO BE WRITTEN IN THE BOOK AND SEALED WITH OUR ROYAL SEAL AT OUR COURT OF MOROCCO IN THE TWENTY-FIFTH DAY OF THE BLESSED MONTH OF SHA-



BAN, IN THE YEAR ONE-THOUSAND TWO-HUNDRED, TRUSTING IN GOD IT WILL REMAIN PERMANENT.

## ARTICLE 1

We declare that both Parties have agreed that this Treaty consisting of twenty five Articles shall be inserted in this Book and delivered to the Honorable Thomas Barclay, the Agent of the United States now at our Court, with whose Approbation it has been made and who is duly authorized on their part, to treat with us concerning all the matters contained therein.

## ARTICLE 2

If either of the parties shall be at war with any nation whatever, the other party shall not take a commission from the enemy nor fight under their colors.

## ARTICLE 3

If either of the parties shall be at war with any nation whatever and take a prize belonging to that nation, and there shall be found on board subjects or effects belonging to either of the parties, the subjects shall be set at liberty and the effect returned to the owners. And if any goods belonging to any nation, with whom either the parties shall be at war, shall be loaded on vessels belonging to the other party, they shall pass free and unmolested without any attempt being made to take or detain them.

## ARTICLE 4

A signal or pass shall be given to all vessels belonging to both parties, by which they are to be known when they meet at sea, and if the commander of a ship of war of either party shall have other ships under his convoy, the Declaration of the commander shall alone be sufficient to exempt any of them from examination.

## ARTICLE 5

If either of the parties shall be at war, and shall meet a vessel at sea, belonging to the other, it is agreed that if an examination is to be made, it shall be done by sending a boat with two or three men only, and if any gun shall be bread and injury done without reason, the offending party shall make good all damages.



## ARTICLE 6

If any **Moor** shall bring citizens of the United States or their effects to His Majesty, the citizens shall immediately be set at liberty and the effects restored, and in like manner, if any **Moor** not a subject of the dominions shall make prize of any of the citizens of America or their effects and bring them into any of the ports of His Majesty, they shall be immediately released, as they will be considered as under His Majesty's Protection.

## ARTICLE 7

If any vessel of either party shall put into a port of the other and have occasion for provisions or other supplies, they shall be furnished without any interruption or molestation.

## ARTICLE 8

If any vessel of the United States shall meet with a disaster at sea and put into one of our ports to repairs, she shall be at liberty to land and reload her cargo, without paying any duty whatever.

## ARTICLE 9

If any Vessel of the Untied States shall be cast on Shore on any Part of our Coasts, she shall remain at the disposition of the Owners and no one shall attempt going near her without their Approbation, as she is then considered particularly under our Protection; and if any Vessel of the United States shall be forced to put in to our Ports, by Stress of weather or otherwise, she shall not be compelled to land her Cargo, but shall remain in tranquility until the Commander shall think proper to proceed on his Voyage.




## ARTICLE 10

If any Vessel of either of the Parties shall have an engagement with a Vessel belonging to any of the Christian Powers within gunshot of the Forts of the other, the Vessel so engaged shall be defended and protected as much as possible until she is in safety; and if any American Vessel shall be cast on shore on the Coast of Wadnoon or any Coast thereabout, the People to her shall be protected, and assisted until by the help of God, they shall be sent to their Country.

## ARTICLE 11

If we shall be at War with any Christian Power and any of our Vessels sail from the Ports of the United States, no Vessel belonging to the enemy shall follow until twenty four hours after the Departure of our Vessels; and the same Regulation shall be observed towards the American Vessels sailing from our Ports— be the enemies **Moors** or Christians.

## ARTICLE 12

If any ship of war belonging to the United States shall put into any of our ports, she shall not be examined on any pretense whatever, even though she should have fugitive slaves on board, nor shall the governor or commander of the place compel them to be brought on shore on any pretext, nor require any payment for them.

## ARTICLE 13

If a ship of war of either party shall put into a port of the other and salute, it shall be returned from the fort with an equal number of guns, not with more or less.

## ARTICLE 14

The commerce with the United States shall be on the same footing as is the commerce with Spain, or as that with the most favored nation for the time being; and their citizens shall be respected and esteemed, and have full liberty to pass and repass our country and seaports whenever they please, without interruption.

## ARTICLE 15

Merchants of both countries shall employ only such interpreters, and such other persons to assist them in their business, as they shall think proper. No commander of a vessel shall transport his cargo on board another vessel; he shall not be detained in port longer than he may think proper; and all persons employed in loading or unloading goods, or in any labor whatever, shall be paid at the customary rates, not more and not less.

## ARTICLE 16

In case of a war between the parties, the prisoners are not to be made slaves, but to be exchanged one for another, captain for captain, officer for officer, and one private man for another; and if there shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican dollars for each person wanting. And it is agreed that all prisoners shall be exchanged in twelve months from the time of their being taken, and that this exchange may be effected by a merchant or any other person authorized of by either of the parties.

## ARTICLE 17

Merchants shall not be compelled to buy or sell any kind of goods but such as they shall think proper; and may buy and sell all sorts of merchandize but such as are prohibited to the other Christian nations.

## ARTICLE 18

All goods shall be weighed and examined before they are sent on board , and to avoid all detention of vessels, no examination shall afterwards be made, unless it shall first be proved that contraband goods have been sent on board, in which case, the persons who took the contraband goods on board, shall be



punished according to the usage and custom of the country, and no other person whatever shall be injured, nor shall the ship or cargo incur any penalty or damage whatever.

## ARTICLE 19

No vessel shall be detained import on any pretense whatever, nor be obliged to take on board on any articles without the consent of the commander, who shall be at full liberty to agree for the freight of any goods he takes on board.

## ARTICLE 20

If any of the citizens of the Untied States, or any persons under their protection, shall have any disputes with each other, the consul shall decide between the parties, and whenever the consul shall require any aid or assistance from our government, to enforce his decisions, it shall be immediately granted to him.

## ARTICLE 21

If any citizen of the Untied States should kill or wound a **Moor,** or, on the contrary, if a **Moor** shall kill or wound a citizen of the United States, the law of the country shall take place, and equal justice shall be rendered, the consul assisting at the trial; and if any delinquent shall make his escape, the consul shall not be answerable for him in any manner whatever.

## ARTICLE 22

If an American citizen shall die in our country, and no will shall appear, the consul shall take possession of hi affects; and if there shall be no consul, the effects shall be deposited in the hands of some person worthy of trust, until the party shall appear, who has right to demand them; but if the heir to the person deceased be present, the property shall be delivered to him without interruptions; and if a will shall appear, the property shall descend agreeable to that will as soon as the consul shall declare the validity thereof.

## ARTICLE 23

The consuls of the United States of America, shall reside in any port of our dominions that they shall think proper; and they shall be respected, and enjoy all the privileges which the consuls of any other nation enjoy; and if any of the citizens of the United States shall contract any debts or engagements, the consul shall not be in any manner accountable for them, unless he shall have given a promise in writing for the payment or fulfilling thereof, without which promise in writing, no application to him for any redress shall be made.

## ARTICLE 24

If any differences shall arise by either party infringing on any of the articles of this treaty, peace and harmony shall remain notwwithstanding, in the fullest force, until a friendly application shall be made for an arrangement, and until that application shall be rejected, no appeal shall be made to arms. And if a war shall break out between the parties nine months shall be granted to all the subjects of both parties, to dispose of their effects and retire with their property. And it is further declared, that whatever indulgences, in trade or otherwise, shall be granted to any of the Christian Powers, the citizens of the United States shall be equally entitled to them.

## ARTICLE 25

This treaty shall continue in full force, with the help of God, for fifty years. We delivered this book into the hands of the before mentioned Thomas Barclay, on the first day of the blessed month of Ramadan, in the year one thousand two hundred.

I certify that the annexed is a true copy of the translation made by Isaac Cardoza Nunez, interpreter at Morocco, of the treaty between the Emperor of Morocco and the United States of America.

**THOMAS BARCLAY.**



**ADDITIONAL ARTICLE**

**Grace to the only God.**

I, the under-written, the servant of God, Taher Ben Abdelkack Fennish, do certify, that His Imperial Majesty, my master, *(whom God preserve),* having concluded a treaty of peace and commerce with the United States of America, has ordered me, the better to complete, it, and in addition of the tenth article of the treaty, to declare, "That if any vessel belonging to the United States, shall be in any of the ports of his Majesty's dominions, or within gun-shot of his forts, she shall be protected as much as possible; and no vessel whatever, belonging either to Moorish or Christian Powers, with whom the United States may be at war, shall be permitted to follow or engage her, as we now deem the **citizens of America** our good friends."

And, in obedience to this Majesty's commands, I certify this declaration, by putting my hand and seal to it, on the eighteenth day of Ramadan, (a) in the year one thousand two hundred.
The servant of the King, my master, whom God preserve.

**TAHER BEN ABDELKACK FENNISH.**

I do certify that the above is a true copy of the translation made at Morocco, by Isaac Cordoza Nunez, interpreter, of a declaration made and signed by Sidi Hage Taher Fennish, in addition to the treaty between the Emperor of Morocco and the United States of America, which declaration the said Taher Fennish made by the express directions of his Majesty.

**THOMAS BARCLAY.**

**TREATY WITH MOROCCO. 1787**

Now, KNOW YE, That we, the said John Adams and Thomas Jefferson, Ministers Plenipotentiary aforesaid, do approve and conclude the said treaty, and every article and clause therein contained, reserving the same nevertheless to the Untied States in Congress assembled, for their final ratification.
In testimony whereof, we have signed the same with our names and seals, at the places of our respective residence, and at the dates expressed under our signatures respectively.

**JOHN ADAMS,**          (L.S.)
*London, January 25th, 1787.*

**THOMAS JEFFERSON,**     (L.S.)
*Paris, January 1st, 1787.*



ately agreed upon one contract, and excluded that provision, and the court could not make another by restoring it.[23]

There is a class of cases sometimes considered as an exception to the general rule, that equity will not relieve for mere mistake of law. These relate to the misconception or ignorance of title under which the parties acted. If the ignorance of title was ignorance of a fact, then the rule does not apply; if not, then those cases will be found to be not clear mistakes upon a point of law, but it will be seen that the circumstances establish some imposition, undue influence or confidence, the fact of mental imbecility, or some similar matter which shows that there was some surprise from which courts of equity relieve.

**3833.** By *surprise* is meant the act by which a party who is entering into a contract is taken unawares, by which sudden confusion or perplexity is created, which renders it proper for a court of equity to relieve the party so surprised. In some cases by surprise is meant a species of fraud.[24]

It not unfrequently happens that cases of surprise are mixed up with law. From the effects of contracts made under such circumstances, courts of equity will relieve, because the agreements or acts are unadvised, improvident, and without due deliberation; it being a rule with those courts to protect those who are unable to protect themselves, and of whom some undue advantage has been taken.[25] In these cases it is not for the mistake in law, but for the circumstances which have caused the error that the contract is set aside. The reason for setting aside a contract when both parties have been taken by surprise is still stronger, because neither party gave a valid consent.

**3834.** We have just seen that every one is presumed to know the law, and that ignorance of it is no excuse, *ignorantia legis non excusat.* The rule is not the same with regard to facts; no man, however well-informed, can possibly know all facts, and, therefore, the law does not presume him acquainted with all matters of fact, and an ignorance of them will not be charged upon him as culpable ignorance. But the ignorance must be involuntary, as that which is either invincible and cannot by any exertion or by using a due degree of care and attention be overcome; for it is a maxim that the law aids those who are vigilant, and not those who slumber over their rights, *vigilantibus non dormientibus jura subveniunt.* This maxim is consonant with common sense, and is probably ingrafted into all the systems of law of civilized nations.[26]

But it is not the ignorance of every kind of facts that will so far vitiate a contract on the ground of mistake that a court of equity will grant relief. The facts respecting which the mistake is made must be *essential* as elements of the agreement. For example, if A were to buy a tract of land of B, and it was found afterward that B had no title to it, A would be relieved in equity from the payment of the purchase money; but if both the parties believed the land well fitted for one particular kind of agriculture, and owing to the nature of the soil it was found not to be adapted to it, no fraud being apparent, or if the tract was sold

---

[23] Irnham *v.* Child, 1 Brown, Ch. 92; Marquis of Townsend *v.* Stangroom, 6 Ves. Ch. 332. See Mildmay *v.* Hungerford, 2 Vern. Ch. 243; Hunt *v.* Rousmaniere, 8 Wheat. 174, 1 Pet. 1, 2 Mas. C. C. 244; Storrs *v.* Barker, 6 Johns. Ch. N. Y. 169; Pusey *v.* Desbouverie, 3 P. Will. Ch. 315; United States Bank *v.* Daniel, 12 Pet. 32; Shotwell *v.* Murray, 1 Johns. Ch. N. Y. 512.

[24] See Twining *v.* Morrice, 2 Brown, Ch. 326; Willan *v.* Willan, 16 Ves. Ch. 81; Earl of Bath and Montague's Case, 3 Chanc. Cas. 56.

[25] Willan *v.* Willan, 16 Ves. Ch. 81; Evans *v.* Llewellen, 1 Cox, Ch. 333, 2 Brown, Ch. 150; Stewart *v.* Stewart, 6 Clark & F. Hou. L. 911; Pickering *v.* Pickering, 2 Beav. Rolls, 31; Heacock *v.* Fly, 14 Penn. St. 541; Union Bank *v.* Geary, 5 Pet. 98; Wheeler *v.* Smith, 9 How. 55.

[26] Domat, liv. 1, tit. 18, § 1; Doct. & Stud. Dial. 2, c. 47; 1 Fonblanque, Eq. B. 1, c. 2, § 7, note (*v*); Ayliffe, Pand. 116; Merlin Répert. *Ignorance.*

payer. 2 *Vern.* 606; *Bouv.* 152.

**28t.** He does not pay who pays too late; for, from the delay, he is judged not to pay. *Dig.* 50, 16, 12, 1; *Bouv.* 139.

**28u.** The refusal of money tendered releases him who tenders it. 9 *Coke,* 79a.

**28v.** A debt is a legal relation between two parties. *Safe Dep. & Tr. Co. v. Virginia,* 280 U.S. 83, 97.

**28w.** What one has paid knowing it not to be due, with the intention of recovering it back, he cannot recover back. *Dig.* 2,6, 50.

**28x.** A fire does not release a debtor from his debt. *Code.* 4, 2, 11.

**28y.** A debtor is not presumed to make a gift. 1 Kames, *Eq.* 212; *Dig.* 50, 16, 10s. Where the debtor gives money or goods to his creditor, the natural presumption is that he means to get free from his obligation, and not to make a present, unless donation be expressed. *Ersk. Inst.* 3, 3, 93.

**28z.** The right of the creditors (to sue) can neither be taken away nor diminished by agreements among the debtors. Broom, *Max.* 697.

**28aa.** No one can owe to himself. *Cycl. Dict.* 689.

## 29. DECEIT, FRAUD

**29a.** The laws help persons who are deceived, not those deceiving. *Tray. Lat. Max.* 149.

**29b.** It is safer to be deceived than to deceive. *Lofft,* 396.

**29c.** A person deceiving deals in general terms. *Wing. Max.* 636; 2 *Coke,* 34a; Broom, *Max.* 289; 2 *Bulstr.* 226; *Lofft.* 782.

**29d.** Fraud should be proved by clear tokens. 1 Story, *Cont. s.* 625; *Code.* 2, 21, 6.

**29e.** The fraud of a predecessor does not prejudice his successor. *Black's,* 2d. 387; *Bouv.* 124.

**29f.** A deception practiced upon one person does not give a cause of action to another. *Dig.* 50, 17, 49.

**29g.** Out of fraud no action arises; A right of action cannot arise out of fraud. *Phelps v. Decker,* 10 Mass. 276. Broom, *Max.* 349.

**29h.** Gross negligence is equivalent to fraud. *Black's,* 2d. 698; *Dig.* 11, 6, 1; 1 *Bouv. Inst.* n. 646; *McCracken v. Hare,* 2 Spears (S.C.) 256.

**29i.** Once a fraud, always a fraud. 13 *Vin. Abr.* 539.

**29j.** What otherwise is good and just, if it be sought by force and fraud, becomes bad and unjust. 3 *Coke,* 78.

(31)

**29l.** Deceit and fraud shall not defend, excuse or benefit any man. *Best, Evid.* p. 469, s. 428; 1 Story, *Eq. Jur. s* 395; 3 *Coke,* 78; *Fleta,* lib. 1, c. 13, s. 15.

**29m.** Deceit is an artifice, since it pretends one thing and does another. *Black's,* 387.

**29n.** A new road, not an old one, often deceives the traveler. 4 *Inst.* 34.

**29o.** Fraud lurks in generalities. *Tray. Lat. Max.* 162. Fraud deals in generalities. 2 *Coke,* 34a; 3 *Coke,* 81a.

**29p.** Fraud is not purged by circuitry. *Bac. Max.* reg. 4; Broom, *Max.* 228; Noy, *Max.* 9, 12.

**29q.** He acts in fraud of the law who, though the letter of the law being inviolate, uses the law contrary to its intention. *Dig.* 1, 3, 29.

**29r.** It is a fraud to conceal a fraud. 1 Story, *Eq. Jur.* s. 389, 390.

**29s.** Fraud is odious, and not to be presumed. *Cro. Car.* 550; *Bouv.* 127.

**29t.** Fraud and justice never dwell together. *Wing. Max.* 680. Right and fraud never live together. *Cycl. Dict.* 571.

**29u.** Let him who wishes to be deceived, be deceived. Broom, *Max.* 782, note; *Shep. Touch.* 56.

**29v.** Fraud is always positive or intentional and distinguished from negligence. *Alexander v. Church,* 53 Conn. 561; 4 Atl. 103.

**29w.** No one is considered as deceiving those who know and consent to his acts. *Dig.* 50, 17, 145; *Bouv.* 141.

**29x.** Let no one be relieved or gain an advantage by his own fraud. C.L.M.

**29y.** He who acts fraudulently acts in vain. 2 *Rolle,* 17.

## 30. DEEDS (Writings)

**30a.** Deeds are more powerful than words. *Black's,* 476.

**30b.** Deeds contain many things which are prohibited to be done. 12 *Coke,* 124.

**30c.** That is not called a "deed" which does not continue operative. 5 *Coke,* 96.

**30d.** In the delivery of writings (*i.e.,* deeds), not what is said but what is done is to be considered. 9 *Coke,* 137a.

**30e.** Authority to execute a deed must be given by deed. 4 *Term,* 313; *Cooper v. Rankin,* 5 Binn. (Penn.) 613.

**(32)**