IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SUPREME EL PROPRIA PERSONAL
EX REL. CARL H. WEEKS-EL SUI JURIS
    Plaintiff,

v.                                Civil Action No. 8:25-cv-01717-PX

SAMUEL WHITE, *et al*.
    Defendants.

\*\*\*\*\*\*

**ORDER**

The Clerk of the Court issued a Deficiency Notice that directed the Plaintiff to "[p]lease fill out the [application to proceed in forma pauperis] completely and accurately" and noted the "[f]orm must be signed." ECF No. 4. The Deficiency Notice also warned Plaintiff that failure to correct the deficiencies may result in the complaint being dismissed without further notice. It appears that Plaintiff resubmitted the same deficient application, which does not provide the requested information and states "[t]here is [n]o [l]awful [m]oney." ECF No. 6. Because Plaintiff has failed to cure the deficiencies as directed, it is on this 25th day of July, 2025, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Complaint IS DISMISSED without prejudice;

2. The Motion for Leave to Proceed in forma pauperis is DENIED AS MOOT;

3. The Clerk SHALL MAIL a copy of this Order to Plaintiff; and

4. The Clerk SHALL CLOSE this case.

7/25/2025                                                /S/
Date                                                   Paula Xinis
                                                     United States District Judge.